# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**RONALD MICHAEL HARRELL**                        **PLAINTIFF**

**v.**                                  **CIVIL NO. 1:23-cv-00200-HSO-BWR**

**UNKNOWN DEFENDANT,**
Lead Detective for the Stone County
Sheriff's Office, City of Wiggins                             **DEFENDANT**

## **FINAL JUDGMENT**

In accordance with the Court's Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, this dismissal counts as a "strike" under 28 U.S.C. § 1915(g). Plaintiff Ronald Michael Harrell is advised that, if he receives three strikes, "he may not proceed in forma pauperis in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury." *Garcia v. Glenn*, 839 F. App'x 927, 928 (5th Cir. 2021) (citing 28 U.S.C. § 1915(g)).

**SO ORDERED AND ADJUDGED**, this 16th day of February, 2024.

                                         *s/ Halil Suleyman Ozerden*
                                         HALIL SULEYMAN OZERDEN
                                         UNITED STATES DISTRICT JUDGE